This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-42425**

**KRISTINA J. GUTIERREZ,**

      Plaintiff-Appellee,

v.

**RICHARD GOMEZ,**

      Defendant-Appellant,

and

**JOSEPH GOMEZ,**

      Defendant.

**APPEAL FROM THE METROPOLITAN COURT OF BERNALILLO COUNTY**
**Jason M. Jaramillo, District Court Judge**

Kristina Gutierrez
Albuquerque, NM

Pro Se Appellee

Richard Gomez
Albuquerque, NM

Pro Se Appellant

### MEMORANDUM OPINION

**YOHALEM, Judge.**

**{1}**    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** IT IS SO ORDERED.

**JANE B. YOHALEM, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**SHAMMARA H. HENDERSON, Judge**